ORIGINAL

FILED
JAN 2 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNEY ORTHOPEDIC, LLC, Plaintiff<br><br>v.<br><br>THE UNITED STATES Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08- 3 C |

## CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Kenney Orthopedic, LLC, certifies that Kenney Orthopedic, LLC, is not owned by any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated this the 28th day of December, 2007.

MORRIS & MORRIS, P.S.C.

By: ______________________
James M. Morris (Ky 85709; Oh. 76161)
217 North Upper Street
P. O. Box 394
Lexington, Kentucky 40588-0394
Telephone: (859) 281-6981
Facsimile: (859) 233-7876
ATTORNEYS FOR PLAINTIFF

M:\EMPLOY\KENNEY\Disclosure.wpd