IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNEY ORTHOPEDIC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-0003C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 days, to and including April 17, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on March 3, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff will not oppose this request.

Undersigned counsel needs more time to review the information necessary for preparation of the response to the complaint. Undersigned counsel has received a litigation report from counsel for the United States Department of Veterans Affairs ("Veterans Affairs"), but needs more time to review the litigation report, obtain any additional information or clarification from the Veterans Affairs, and prepare and file the Government's response to the complaint, following mandatory supervisory review.

The enlargement of time requested also is necessary because counsel needs to complete fact discovery in Takota v. United States, Fed. Cl. No. 06-553C by March 31, 2008. She also is required to prepare and file the following: (1) the Government's brief in Gomez v. Dep't Veterans Affairs, Fed Cir. 154-F08-250, by March 4, 2008; (2) the

Government's response to a motion for summary judgment in Atar v. United States, Ct. Int'l Trade No. 54-08-0004, by February 28, 2008; and (3) the Government's response in Atar v. United States, Ct. Int'l Trade No. 54-07-0086, by March 3, 2008.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 45-day enlargement of time within which to file its response to plaintiffs' complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-0972

February 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Jane C. Dempsey