# In The United States Court of Federal Claims

No. 08-003C

(Filed: February 29, 2008)

KENNEY ORTHOPEDIC, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 22, 2008, defendant filed an unopposed motion for an enlargement of time to respond to plaintiff's complaint. Defendant's motion is hereby **GRANTED**. Accordingly, on or before May 2, 2008, defendant shall file its response to plaintiff's complaint. **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge