# In The United States Court of Federal Claims

No. 08-003C

(Filed: March 20, 2008)

---

KENNEY ORTHOPEDIC, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Susan G. Braden, it is **ORDERED** that this civil action shall be transferred to Judge Susan G. Braden. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge