# In the United States Court of Federal Claims

**No. 08-3 C**
**Filed: May 5, 2008**

KENNEY ORTHOPEDIC, LLC

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Susan G. Braden**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

s/ John S. Buckley
Acting Clerk of Court