IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENNEY ORTHOPEDIC, LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08-CV-0003 |
| | ) | |
| THE UNITED STATES | ) | |
| Defendants | ) | |
| | ) | |

---

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, Kenney Orthopedic, LLC, respectfully requests an enlargement of time of 30 days, to and including July 2, 2008, within which to file its response to Defendant's Motion for Partial Dismissal [DE #10]. In support, Plaintiff states that Plaintiff's counsel has been on FMLA leave associated with the hospitalization of his wife on May 9, 2008, followed immediately by the personal illness of Plaintiff's counsel that resulted in his absence from the office for a two week period. As a result of his absence from the office and his being required to care for his wife, the undersigned has not been able to adequately prepare a response to Defendant's Motion. This is Plaintiff's first request for an enlargement of time in this matter and is not being done for any improper purpose or designed to needlessly delay these proceedings.

WHEREFORE, for these reasons, Plaintiff respectfully requests that the Court grant its Motion for a 30-day enlargement of time within which to file its Response to Defendant's Motion for Partial Dismissal [DE # 10].

MORRIS & MORRIS, P.S.C.

By: */s/ James M. Morris*
James M. Morris (Ky. 85709; Oh. 0076161)
217 North Upper Street
P. O. Box 394
Lexington, Kentucky 40588-0394
Telephone: (859) 281-6981
Facsimile: (859) 233-7876
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed electronically on this the 2nd day of June, 2008. Pursuant to the Rules of the United States Court of Federal Claims, service of this filing upon the following counsel of record will be made by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties may access the filing through the Court's electronic filing system:

Jeffrey S. Bucholtz, Esq.
Jeanne E. Davidson
Martin F. Hockey, Jr., Esq.
Jane C. Dempsey, Esq.
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L. St., NW
Washington, D.C. 20530
ATTORNEYS FOR DEFENDANT

*/s/ James M. Morris*
ATTORNEY FOR PLAINTIFF

M:\EMPLOY\KENNEY\Enlargement.Motion.wpd