# In the United States Court of Federal Claims

No. 08-003C
Filed: June 3, 2008

| | |
|---|---|
| KENNEY ORTHOPEDIC, LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiff's June 2, 2008 Motion For An Enlargement Of Time is hereby granted. Plaintiff will file its Response to Defendant's Motion For Partial Dismissal on or before July 2, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**